IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>JOANNA CALLOWAY<br>SSAN: XXX-XX-0463<br><br><br><br>Debtor(s) | Case No. 18-30766-WRS<br>Chapter 13 |

### AMENDED
### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on March 15, 2018.

2. The debtor(s) §341 Meeting of Creditors was held May 03, 2018.

3. The debtor(s) overall pay record is 100%.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) There appears to be a discrepancy with the secured status of the claim filed by Credit Acceptance Corporation (2013 Kia Soul). The Trustee moves to continue confirmation until the discrepancy can be further investigated.

(**X**) The plan makes provisions to pay the filing fee in full directly to the clerk and in installments through the plan. The Debtor was to correctly list how the filing fee is being paid.

(**X**) The Debtor is attempting to partially avoid Republic Finance's lien, but fails to make provisions for the remainder of the lien that is secured. The Debtor was to amend the plan to make provisions under section 5.1 for the amount of Republic Finance's lien that cannot be avoided.

(**X**) The Debtor's plan fails to meet the best interest of creditors test as the Debtor has equity in real property totaling $2,750.00. The 5% dividend to unsecured creditors the Debtor proposes to pay would generate only $1,796.00 for the benefit of unseucred creditors. The Debtor was to amend the plan to increase the percentage to unsecured creditors or provide for a POT of $2,750.00.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this May 17, 2018.

Sabrina L. McKinney
Chapter 13 Standing Trustee

By: /s/*Jessica P. Trotman*
Jessica P. Trotman
Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: trotmanj@ch13mdal.org

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this May 17, 2018.

/s/*Jessica P. Trotman*
Jessica P. Trotman
Staff Attorney

Copy to: JOANNA CALLOWAY
2726 VANDY DRIVE
MONTGOMERY, AL 36110

RICHARD D SHINBAUM (via electronic filing)